UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) v. ) ) Farrell Maharaj, ) ) ) _____) Defendant. | Case No. 2:06-mj-196 KJM ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Farrell Maharaj_  Case No. _2:06-mj-196 KJM_ _ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    _X_   $100,000 Unsecured Appearance Bond signed by the defendant and his father, to be replaced by secured bond within 2 weeks

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _7/14/06_   at _3:10 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge