THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
655 UNIVERSITY AVE. Suite 215
Sacramento, California   95825
Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com

Attorney for Defendant
FARRELL MAHARAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-309-LKK |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING; ORDER ON |
| v. ) | EXCLUSION OF TIME |
| ) | |
| ) | |
| ) | Date: August 28 2006 |
| FARRELL MAHARAJ, ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |

The parties appeared on the above date for a status conference in this matter. The defendant was present and out of custody.  The parties agreed to re set the matter for a further status conference on September 19, 2006 at 9:30.  All parties agreed on the record that time from the Speedy Trial Act through the date for the new hearing, September 19, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4. Based upon those provisions, the Court ordered that time was excluded in the interests of justice.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | MARK J. REICHEL<br>Attorney at Law |
| DATED: August 29, 2006 | | /s/ MARK J. REICHEL<br>MARK J. REICHEL<br>Attorney for Defendant |
| | | McGREGOR SCOTT<br>United States Attorney |
| DATED: August 29, 2006 | | /s/ MARK J. REICHEL for<br>MATHEW SEGAL<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 8, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT