THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
655 UNIVERSITY AVE. Suite 215
Sacramento, California 95825
Telephone: (916) 974-7033
Facsimile: (916) 927-2009
mreichel@donaldhellerlaw.com

Attorney for Defendant
FARRELL MAHARAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>FARRELL MAHARAJ,<br>              Defendant.<br>_____ | NO. CR.S-06-309-LKK<br><br>STIPULATION AND ORDER ON CONTINUATION OF STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME<br><br>Date: October 3, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MATHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Assistant Federal Defender, attorney for defendant, that the status conference currently set for September 19, 2006 is hereby re calendared for October 3, 2006 at 9:30.

This continuance is requested as defense counsel needs adequate time to prepare for the filing of motions, speak with potential witnesses, review discovery in preparation and investigation of the case. Additional legal research also needs to be performed and defense counsel may have to obtain and review pertinent records.

Accordingly, all counsel and the defendant, who has been personally advised by his counsel as to his rights under the Speedy Trial Act, agree that time under the Stip and Order

Speedy Trial Act from the date this stipulation is lodged, through October 3, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 14, 2006.   Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ MARK J. REICHEL
　　　　　　　　　　　　　　　　　　MARK J. REICHEL
　　　　　　　　　　　　　　　　　　Attorney for Defendant

　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

DATED: September 14, 2006.   /s/MARK J. REICHEL for:
　　　　　　　　　　　　　　　　　　MATHEW SEGAL
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 14, 2006

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT