MARK J. REICHEL, Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
655 University Avenue, Suite 215
Sacramento, California 95825
Telephone: (916) 974-7033

Attorney for Defendant
FARRELL MAHARAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FARRELL MAHARAJ,<br><br>    Defendant. | Case No. CR.S-06-0309-LKK<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE**<br><br>Date: December 19, 2006<br>Time: 9:30 A.m.<br>Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO that the status conference presently set for October 3, 2006 is hereby vacated and a briefing schedule for the filing of all dispositive pretrial motions under Fed.R.Crim.Pr. 12 be as follows:

Defense filing on or before November 14, 2006; government opposition on or before December 5, 2006; defense reply by December 12; and a hearing on the motions for December 19, 2006 at 9:30 a.m.

In the time period from the date of this stipulation, up and until defense motions are filed, defense counsel will be interviewing witnesses, reviewing extensive discovery, conducting plea negotiations, obtaining background documents by way of subpoena, and conducting legal research in the matter. The defendant, his counsel, and the government

Stip and Order

agree to an exclusion of time under the Speedy Trial Act up and until the motions are on file. From the time the motions are on file until the date for the hearing, December 19, 2006, the parties also agree and understand that the Speedy Trial Act will be tolled while the motions are pending.

IT IS SO AGREED:

DATED: SEPTEMBER 29, 2006    MARK J. REICHEL
    ATTORNEY AT LAW
    Attorney for defendant

/S/ Mark Reichel

DATED: September 29, 2006    MCGREGOR SCOTT
    UNITED STATES ATTORNEY

/s/ Mark Reichel

By MATHEW SEGAL
    ASSISTANT UNITED STATES ATTORNEY

**IT IS SO ORDERED.** The briefing schedule as set forth above is adopted. Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(i)(v)(8) for the effective preparation of counsel and local code T4 through the filing of the motions; time is excluded up through the hearing on those motions pursuant to local code e.

DATED: October 2, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT