THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
655 UNIVERSITY AVE. Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com

Attorney for Defendant
FARRELL MAHARAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-309-LKK |
| Plaintiff, ) | |
| ) | ORDER ON EXCLUSION OF TIME |
| v. ) | |
| ) | Date: December 19, 2006 |
| ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| FARRELL MAHARAJ, ) | |
| Defendant. ) | |
| _____ | |

The parties are in negotiations to resolve the matter without a need for trial and/or the filing of pretrial motions. Defense counsel is reviewing the voluminous pretrial discovery provided by the government, conducting legal research, and attempting to determine the potential sentencing ranges. The parties are in negotiations to determine the appropriate loss amount in the case.

The parties are set to appear before the court on December 19, 2006, and they request to exclude time from the date of this stipulation until that time.

All parties request that time from the Speedy Trial Act through the date for the next hearing, December 19, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local

Code T4.

Respectfully submitted,

MARK J. REICHEL  
Attorney at Law

DATED: December 8, 2006        /s/ MARK J. REICHEL  
                                            MARK J. REICHEL  
                                            Attorney for Defendant

                                            McGREGOR SCOTT  
                                            United States Attorney

DATED: December 8, 2006        /s/ MARK J. REICHEL for  
                                            MATHEW SEGAL  
                                            Assistant U.S. Attorney  
                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** The court finds that the interests of justice in excluding this time outweigh the public interest in a Speedy Trail, and on those grounds, and on the stipulations of the parties, issues this order.

DATED: December 8, 2006

                                              LAWRENCE K. KARLTON  
                                              SENIOR JUDGE  
                                              UNITED STATES DISTRICT COURT