THE LAW OFFICES OF MARK J. REICHEL
MARK J. REICHEL, Bar #155034
655 UNIVERSITY AVE. Suite 215
Sacramento, California  95825
Telephone: (916) 974-7033
mreichel@donaldhellerlaw.com

Attorney for Defendant
FARRELL MAHARAJ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR.S-06-309-LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING; ORDER ON |
| v. | ) EXCLUSION OF TIME |
| | ) |
| | ) |
| | ) Date: December 19 2006 |
| FARRELL MAHARAJ, | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

The parties appeared on the above date for a status conference in this matter. The defendant was present and out of custody.  The parties agreed to re set the matter for a further status conference on January 9, 2007 at 9:30.  All parties agreed on the record that time from the Speedy Trial Act through the date for the new hearing should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4. Based upon those provisions, the Court ordered that time was excluded in the interests of justice.

```
                                        Respectfully submitted,

                                        MARK J. REICHEL
                                        Attorney at Law

DATED: January 7, 2007                  /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney


DATED: January 7, 2007                  /s/ MARK J. REICHEL for
                                        MATHEW SEGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT