1  THE LAW OFFICES OF MARK J. REICHEL
   MARK J. REICHEL, Bar #155034
2  655 UNIVERSITY AVE. Suite 215
   Sacramento, California  95825
3  Telephone: (916) 974-7033
   mreichel@donaldhellerlaw.com
4
   Attorney for Defendant
5  FARRELL MAHARAJ

6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )
                                    ) NO. CR.S-06-309-LKK
11                Plaintiff,        )
                                    ) ORDER AFTER HEARING; ORDER ON
12     v.                           ) EXCLUSION OF TIME
                                    )
13                                  )
                                    ) Date: December January 9, 2007
14 FARRELL MAHARAJ,                 ) Time: 9:30 a.m.
                  Defendant.        ) Judge: Hon. Lawrence K. Karlton
15 _____

16     The parties appeared on the above date for a status conference in
17 this matter. The defendant was present and out of custody.  The parties
18 agreed to re set the matter for a further status conference on January
19 23, 2007 at 9:30.  All parties agreed on the record that time from the
20 Speedy Trial Act through the date for the new hearing should be
21 excluded in computing the time within which trial must commence under
22 the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv)
23 and Local Code T4. Based upon those provisions, the Court ordered that
24 time was excluded in the interests of justice.

```
                                        Respectfully submitted,

                                        MARK J. REICHEL
                                        Attorney at Law

DATED: January 18, 2007                 /s/ MARK J. REICHEL
                                        MARK J. REICHEL
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney


DATED: January 18, 2007                 /s/ MARK J. REICHEL for
                                        MATHEW SEGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

## **O R D E R**

**IT IS SO ORDERED.**

DATED: January 19, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT